Tuesday, April 29, 2025

OneMain Financial®

U.S. Bankruptcy Court West Pennsylvania

Re: Proof of Claim Withdrawal
Name: Jesse Lee Swartz
Case Number: 25-70128
To Whom It May Concern:

This letter is to serve as a written request by OneMain to withdraw entry number #4 filed on case number 25-70128 dated 4/29/25. Thank you for your assistance in this matter.

If you have any questions concerning this matter, please contact our office at (800) 266-9800.

Thank you,

/s/ Crystal Browning
Bankruptcy Support Representative
Centralized Bankruptcy Department
OneMain