FILED
5/4/26 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-70128 JAD |
| JESSE LEE SWARTZ | : | |
| Debtor | : | |
| | : | Chapter 13 |
| JESSE LEE SWARTZ | : | |
| Movant | : | Doc. No. __36__ |
| v. | : | |
| | : | STIPULATED ORDER |
| RONDA J. WINNECOUR, STANDING | : | |
| CHAPTER 13 TRUSTEE | : | |
| Respondent | : | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

■   a motion to dismiss case or certificate of default requesting dismissal

■   a plan modification sought by:   **Debtor**

☐   a motion to lift stay
       as to creditor   _____

☐   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

■ Chapter 13 Plan dated   **9 April 2025**


☐   Amended Chapter 13 Plan dated _____

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

■   Debtor   's Plan payments shall be changed from $ **1,325.00** to
$**1,477.00** per **month,** effective **1 May 2026**.

In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

Debtor(s) shall file and serve _____ on or before _____.

If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

■   Other:

1.  The Chapter 13 Trustee's Certificate of Default at Docket No. 33 is resolved

2.  The unsecured pool is revised to $15,929.78

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this 4th   day of ___May_____, 2026

Hon. Jeffery A. Deller
United States Bankruptcy Judge, WD PA

Stipulated by:                                   Stipulated by:

/s/Jeffrey W. Ross                            /s/Dennis Sloan
Jeffrey W. Ross, Esq.                        Dennis Sloan, Esq.
Counsel to Debtor                            Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 25-70128-JAD

Jesse Lee Swartz | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2026 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Lee Swartz, 148 School Street, Osterburg, PA 16667-9112 |
| 16520672 | | Bedford County Domestic Relations, 203 S outhJulianna St, Bedford, PA 15522 |
| 16520673 | | Bedfotrd County Domestic Relations, 200 South Juliana Street, Osterburg, PA 16667 |
| 16583800 | + | Chestnut Ridge Area Joint Municipal Authority, 320 Lane Metal Rd, New Paris, PA 15554-9238 |
| 16520676 | + | Darcy Swartz, 619 Main Street, Osterburg, PA 16667-8339 |
| 16520679 | + | Osterburg Water Company, P.O. Box 444, Osterburg, PA 16667-0444 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16520671 | Email/Text: g17768@att.com | May 05 2026 01:15:00 | AT&T, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 16520674 | + Email/Text: bankruptcy@credencerm.com | May 05 2026 01:15:00 | Credence Resource Management, LLC, Attn: Bankruptcy, P.O. Box 2300, Southgate, MI 48195-4300 |
| 16520675 | + Email/PDF: creditonebknotifications@resurgent.com | May 05 2026 01:22:49 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16525207 | Email/Text: collecadminbankruptcy@fnni.com | May 05 2026 01:15:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 16520677 | + Email/Text: SAABankruptcy@fcbanking.com | May 05 2026 01:15:00 | First Commonwealth Bank, Attn: Legal Department, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 16544724 | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 01:22:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16520678 | + Email/PDF: cbp@omf.com | May 05 2026 01:22:56 | OneMain Financial, Attn: Bankruptcy, P.O. Box 142, Evansville, IN 47701-0142 |
| 16528367 | + Email/PDF: cbp@omf.com | May 05 2026 01:22:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16528366 | + Email/PDF: cbp@omf.com | May 05 2026 01:22:36 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 16521714 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2026 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 16544173 | + Email/PDF: ebnotices@pnmac.com | May 05 2026 01:22:59 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16520680 | + Email/PDF: ebnotices@pnmac.com | May 05 2026 01:34:37 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 16520681 | Email/PDF: ais.sync.ebn@aisinfo.com | May 05 2026 01:22:36 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2026 | Form ID: pdf900 | Total Noticed: 21 |

| 16520682 | Email/Text: bankruptcies@uplift.com | | |
|---|---|---|---|
| | | May 05 2026 01:15:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 16544146 | Email/Text: BNCnotices@dcmservices.com | | |
| | | May 05 2026 01:15:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First National Bank of Omaha |
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Wayne Ross | on behalf of Debtor Jesse Lee Swartz jross@shepleylaw.com  bk@shepleylaw.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4